IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AUDRA HARTMAN, individually, and as the Personal Representative of the Estate of Timothy Alan Hartman, deceased, and MONIKA C. SANDOVAL, individually, and as the Personal Representative of the Estate of Rickie D. Sandoval, deceased,<br><br>        Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, ROBINSON AVIATION (RVA), INC., a Foreign Corporation, OKLAHOMA CITY AIRPORT TRUST, a Public Trust, and THE CITY OF OKLAHOMA CITY, OKLAHOMA,<br><br>        Defendants. | Case No. CIV-10-197-L |

## J U D G M E N T

In accordance with the court's orders of this date, judgment is hereby entered in favor of defendants The United States of America ("FAA"), Oklahoma City Airport Trust, a Public Trust ("OCAT") and The City of Oklahoma City, Oklahoma ("OKC") and against plaintiffs Audra Hartman, individually, and as the Personal Representative of the Estate of Timothy Alan Hartman, deceased, and Monika C. Sandoval, individually, and as the Personal Representative of the Estate of Rickie D. Sandoval, deceased.

Entered this 8th day of February, 2013 .

_____
TIM LEONARD
United States District Judge